# EXHIBIT B



55197



55228





55234



