# EXHIBIT C

**ATC-2501**



**AVS-2601**



**AT-2567**



**PVS-4218**



**AT-484**



**AVSC-2500**

